The People of the State of New York, on the Information of Detective Philip Creamer, M. O. D. Police Department, New York City, Assigned to the State Department of Labor, Respondent, v. Reliable Cotton Felt Co., Inc. (a Corporation), Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Anna Frechette, Respondent, v. Stephen H. Jackson, Defendant, Impleaded with Estate of Peter A. H. Jackson, Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.

Joseph A. Schaefer, Respondent, v. The Groton Corporation and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer and Callahan, JJ., dissent and vote to reverse and grant the motion, on the ground that the letter of September 16, 1936, evidenced a hiring at will only and contained no ambiguity.

Lawyers Trust Company, Heretofore Known as Lawyers County Trust Company and County Trust Company of New York, Appellant, v. Alfred Horn, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

The Authors Club, Respondent, v. Alfred Williams Anthony, Appellant, Impleaded with Another.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

No. 37 and No. 39 Attorney Street, Incorporated, Respondent, v. Julius Kirshbaum, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the Public Administrator of the County of New York, Administrator, etc., of Julius A. S. Batti, Also Known as A. S. Batti, Deceased. Bertha Clara Bork and Auguste Anna Marie Retzlaff, Appellants; James F. Egan, as Public Administrator, New York County, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of Proceedings Supplementary to Judgment: Mildred S. Jeter, Judgment Creditor, Respondent, v. Fred P. Jeter, Judgment Debtor, Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Eleanor R. Walsh, by Adolph Salomon, Her Guardian ad Litem, Respondent, v. Richard A. Walsh, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.